# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: REESTABLISHMENT OF THE MAGISTERIAL DISTRICTS WITHIN THE 10th JUDICIAL DISTRICT OF THE COMMONWEALTH OF PENNSYLVANIA | : : : : | NO. 356 MAGISTERIAL RULES DOCKET |

## AMENDED ORDER

**PER CURIAM**

    **AND NOW,** this 11th day of July, 2017, the Orders dated May 9, 2013 and July 3, 2013 which provide for the elimination of Magisterial District 10-2-08 of the 10th Judicial District (Westmoreland County) of the Commonwealth of Pennsylvania effective January 1, 2018, and the realignment of Magisterial Districts 10-2-01, 10-3-08, 10-3-09, and 10-3-11 effective January 1, 2018 are hereby AMENDED as follows: Magisterial District 10-2-08 shall not be eliminated and Magisterial Districts 10-2-01, 10-3-08, 10-3-09, and 10-3-11 shall not be realigned. The Orders of May 9, 2013 and July 3, 2013 shall remain in effect in all other respects.

    The Magisterial Districts shall be as follows:

Magisterial District 10-2-01
Magisterial District Judge L. Anthony Bompiani

South Greensburg Borough
Southwest Greensburg Borough
Youngwood Borough
Hempfield Township (Voting Districts Bovard, Eastview, Foxhill, Hannastown, Luxor, Maplewood, Todd, University, Weaver's Old Stand, West Point)

Magisterial District 10-2-08
Magisterial District Judge Michael R. Mahady

Latrobe Borough
Youngstown Borough
Unity Township

Magisterial District 10-3-08  
Magisterial District Judge Mark Bilik

Derry Borough  
New Alexandria Borough  
Derry Township

Magisterial District 10-3-09  
Magisterial District Judge Denise Snyder Thiel

Bolivar Borough  
Laurel Mountain Borough  
Ligonier Borough  
New Florence Borough  
Seward Borough  
Cook Township  
Fairfield Township  
Ligonier Township  
St. Clair Township  
Donegal Borough  
Donegal Township

Magisterial District 10-3-11  
Magisterial District Judge Roger Eckels

Mt Pleasant Township  
Mt Pleasant Borough